1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO.  CR05-0048JLR |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATED ORDER GRANTING |
| vs. | ) | DEFENDANT'S SECOND STIPULATED |
| | ) | MOTION FOR CONTINUANCE OF |
| TRAVELL EDWARD PRINCE, | ) | TRIAL DATE |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

17   Upon consideration of the parties' Second Stipulated Motion for Continuance of Trial

18   Date and the defendant's agreement to continue the trial date until September 19, 2005 (or up

19   to September 29, 2005 if a later date is scheduled),

20   THE COURT NOW FINDS that pursuant to Title 18, U.S.C. § 3161(h)(8)(A) and §

21   3161(h)(8)(B)(iv), the ends of justice served by continuing the trial date to September 19,

22   2005 (or up to September 29, 2005 if a later date is selected), outweigh the best interests of

23   the public and the defendant in a speedy trial, in that, as set forth in the parties' Stipulation, it

24   has been demonstrated that defense counsel needs additional time to properly prepare and

25   investigate this case.  Specifically, counsel needs additional time to investigate the

26   background of the informant in this case.  Because the informant is a critical government

STIP ORDER GRANTING DEFENDANT'S SECOND
STIP. MOTION FOR CONTINUANCE OF TRIAL DATE
(*TRAVELL EDWARD PRINCE*) – CR05-0048JLR –      1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1  witness whose credibility will be a significant issue in determining this case, a thorough and

2  complete investigation by the defendant's attorney is necessary in order for defense counsel to

3  be adequately prepared for trial.

4          IT IS THEREFORE ORDERED THAT trial in this matter is continued until September

5  19, 2005 (or up to September 29, 2005, if a later date is scheduled).

6          IT IS FURTHER ORDERED THAT, for the purposes of computing the time

7  limitations imposed by the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, the period of delay

8  from June 6, 2005, up to and including September 19, 2005 (or up to September 29, 2005, if a

9  later date is scheduled), is excludable time pursuant to 18 U.S.C. § 3161(h)(8)(A) and

10  (h)(8)(B)(iv).

11          DONE this 26th day of May, 2005.

12

                                                    s/James L. Robart
13
                                          _____
14                                          HONORABLE JAMES L. ROBART
                                            UNITED STATES DISTRICT JUDGE
15  Presented by:

16
    s/ Michael Filipovic
17  Bar No. 12319
    Assistant Federal Public Defender
18  Attorney for Travell Edward Prince
    Federal Public Defender
19  1601 Fifth Avenue, Suite 700
    Seattle, WA 98101
20  Tel. (206) 553-1100
    Fax (206) 553-0120
21  Michael_Filipovic@fd.org

22

23  *Agreed to by stipulation, notice of*
    *presentment waived, signature approved*
24  *per telephone authorization:*

25
    s/ Kent Y. Liu
26  Special Assistant United States Attorney

STIP ORDER GRANTING DEFENDANT'S SECOND                    **FEDERAL PUBLIC DEFENDER**
STIP. MOTION FOR CONTINUANCE OF TRIAL DATE                **1601 Fifth Avenue, Suite 700**
(*TRAVELL EDWARD PRINCE*) – CR05-0048JLR –      2         **Seattle, Washington   98101**
                                                          **(206) 553-1100**